# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02178-LTB-KMT

ANDREW FIELDS, III,

       Plaintiff,

v.

RON WILEY (Warden),

       Defendant.

---

# ORDER

---

This case is before me on the recommendation of the Magistrate Judge issued and served on March 27, 2009 (Doc 17). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted, the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc 3) is DENIED, and this action is DISMISSED.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: April 20, 2009